```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02010
    QUIRAL M WEBSTER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8316

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/06/2007 and was confirmed 06/04/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   60.00%.

      The case was converted to chapter 7 after confirmation 08/20/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 LAND ROVER                 SECURED                .00         .00           .00
 LAND ROVER                 UNSECURED         53315.26         .00           .00
 NOVASTAR MORTGAGE INC      CURRENT MORTG         .00          .00           .00
 O R I F A C                CURRENT MORTG         .00          .00           .00
 MONITRONICS                UNSECURED       NOT FILED          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED         14710.65         .00           .00
 HSBC BANK NEVADA/HSBC CA   UNSECURED          1315.42         .00           .00
 JVDB & ASSOC INC           UNSECURED       NOT FILED          .00           .00
 LVNV FUNDING LLC           UNSECURED          5215.70         .00           .00
 LVNV FUNDING LLC           UNSECURED          5462.52         .00           .00
 NOVASTAR MORTGAGE INC      MORTGAGE ARRE         .00          .00           .00
 O R I F A C                SECURED            380.00          .00        300.00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,243.00                   1,675.59
 TOM VAUGHN                 TRUSTEE                                        144.41
 DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                    2,120.00

 PRIORITY                                             .00
 SECURED                                           300.00
 UNSECURED                                            .00
 ADMINISTRATIVE                                  1,675.59
 TRUSTEE COMPENSATION                              144.41
 DEBTOR REFUND                                        .00
                           --------------     --------------
 TOTALS                      2,120.00            2,120.00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02010 QUIRAL M WEBSTER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02010 QUIRAL M WEBSTER